1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALI ASGHARI, AUGUSTINO LAMIA, BARBARA CALVER, SUPALAK PRASOBRATANA, AND DANIEL TRAN, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>     vs.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC., VOLKSWAGEN AG, and AUDI AG,<br><br>                    Defendants. | Case No. CV-12-02177-CW<br><br>District Judge: Hon. Claudia Wilken<br><br>**[PROPOSED] ORDER ON STIPULATION  REGARDING DEADLINE FOR DEFENDANTS VOLKSWAGEN AG AND AUDI AG TO ANSWER OR OTHERWISE RESPOND TO THE FIRST AMENDED COMPLAINT** |

-1-

[PROPOSED] ORDER ON STIPULATION  REGARDING DEADLINE FOR DEFENDANTS VOLKSWAGEN AG AND AUDI AG TO ANSWER OR OTHERWISE RESPOND TO THE FIRST AMENDED COMPLAINT

## ORDER

The Court having considered the parties' stipulation, and finding good cause thereof, is of the opinion it should be GRANTED.

NOW THEREFORE, IT IS HEREBY ORDERED:

1. The time within which Defendants Volkswagen AG and Audi AG may file an answer or otherwise respond to the First Amended Complaint is extended to and including April 4, 2013.

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: __February 27__, 2013            _____
                                         Honorable Claudia Wilken
                                         United States District Judge